JOHN J. NICHOLSON, appellant,

*v.*

FREDERICK FAIRHAND et al., respondents.

[Decided February 3d, 1930.]

*Messrs. Riker & Riker,* for the appellant.

*Messrs. Minton & Day,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church, and reported in *104 N. J. Eq. 102.*

*For affirmance*—THE CHIEF-JUSTICE, KALISCH, BLACK, LLOYD, CASE, BODINE, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 10.

*For reversal*—PARKER, CAMPBELL, VAN BUSKIRK, JJ. 3.